## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED,<br><br>            Plaintiffs,<br><br>        v.<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>            Defendants. | Adv. Pro. No. 20-50534 |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

26137309.1

Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Zohar CDO 2003-1, Limited, Zohar II 2005-1, Limited and Zohar III, Limited (the "Plaintiffs") in the above-captioned cases, and that on the March 9, 2020, he caused a copy of the following document(s) to be served upon the parties identified on the attached Exhibit A service list in the manner indicated:

**[SEALED] Complaint [D.I. 1/2]**

**Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I.  3]**

Chad Corazza

SWORN TO AND SUBSCRIBED before me on this _10th_ day of March, 2020.

Notary Public

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

26137309.1

# EXHIBIT A

**SERVICE LIST**
**Zohar**
**3/9/2020**

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
(Patriarch Entities)
*Email*