# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED, | ) |
|  | ) Adv. Proc. No. 20-50534 (KBO) |
| Plaintiffs, | ) |
|  | ) **Related to Docket No. 21** |
| v. | ) |
|  | ) |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | ) |
| Defendants. | ) |

**ORDER REGARDING DEFENDANTS' MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Upon consideration of the *Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint* [D.I. 21] (the "Motion")[2] and the objection filed thereto by the Plaintiffs [D.I. 27]; and after determining that oral argument is unnecessary as the Court's decision-making process would not be aided by oral argument; the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Patriarch Defendants' deadline to answer or otherwise respond to the Zohar Complaint is extended thirty (30) days.

2. Following the submission of the Patriarch Defendants' answer or responsive pleading, the parties shall (a) meet and confer to determine how the various litigations and attendant discovery can be coordinated and (b) submit under certification of counsel a proposed schedule, either by joint stipulation or separately, of case deadlines in the above-captioned action and, to the extent possible, any other related litigation.

3. Until a scheduling order is entered by the Court, no other action shall be taken by the parties in the above-captioned action unless otherwise ordered by the Court.

Dated: July 23rd, 2020
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.