# Court Conference

Calendar Date: 10/29/2020

Calendar Time: 09:30 AM ET

# U.S. Bankruptcy Court-District of Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Karen B. Owens

## Courtroom

*Amended Calendar   Oct 29 2020  7:21AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 10923553 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10923540 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930652 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930659 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930654 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930352 | David Z. Braun | (212) 715-9266 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930993 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10916997 | Layan Charara | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10932263 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10916956 | Christopher Clark | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10931207 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930942 | Mark Cuccaro | (212) 202-2638 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10925300 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10930925 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Patriach Partners / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10931189 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10928871 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, US Bank / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930672 | Joseph J. Farnan Jr. | (302) 777-0321 ext. | Farnan LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10916884 | David M. Fournier | (949) 622-2700 ext. | Troutman Pepper Hamilton Sanders LLP | Representing, The Portfolio Companies / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10931225 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10916971 | James Gorton | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10931190 | John Green | (212) 836-8478 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10923558 | Samantha Greenfield | (212) 504-6365 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10929253 | Andrew Harmeyer | (212) 530-8055 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10929272 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10916962 | Nicholas Hazen | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930681 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10930980 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Interested Party, JMB Capital Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10916966 | Robert H. Hotz, Jr. | (212) 906-1612 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10932062 | Bronwyn James | (646) 766-0084 ext. | Berg & Androphy | Interested Party, Berg & Androphy / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10930687 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930685 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10931174 | Jonathan I. Levine | (212) 836-8000 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10931191 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10929637 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930934 | Jennifer Luo | (203) 200-9810 ext. | Sher Tremonte LLP | Interested Party, Patriarch / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10929660 | Chris Mackey | (212) 887-1196 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10933073 | Mary Beth Maloney | (212) 351-2315 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10923547 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10916944 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Representing, The Portfolio Companies / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10916987 | Sean H. McMahon | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930689 | Edward Moser | (212) 651-7152 ext. | FTI Consulting | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10933055 | Karen Naber | (212) 616-7762 ext. | The Seaport Global | Interested Party, The Seaport Global / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10930651 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10916980 | Edmond R. Parhami | (212) 906-4587 ext. | Latham & Watkins LLP | Representing, The Portfolio Companies, including RM Acquisition, LLC / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930679 | Amanda Parra Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10931167 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10929632 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10923544 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930677 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |

| Zohar III, Corp. | 18-10512 | Hearing | 10929648 | Claudio Phillips | (212) 887-1192 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10929666 | Lauren J. Pincus | (212) 616-7057 ext. | Allegaert Berger & Vogel | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10930660 | Shane M Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10929651 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10929748 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Representing, Independent Director / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930946 | Vikram Shah | (212) 202-2638 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10930673 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10916867 | David B. Stratton | (302) 777-6566 ext. | Troutman Pepper LLP | Representing, The Portfolio Companies / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10930990 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Partners Lending, LLC | Interested Party, Potential DIP Lender / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10930930 | Theresa Trzaskoma | (212) 202-3294 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10928863 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, US Bank / LIVE |