**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>                  Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED,<br>                  Plaintiffs,<br>              -against-<br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br>                  Defendants. | Adversary No. 20-50534 (KBO)<br><br>**Related to Adv. Docket No. 46** |

**CERTIFICATION OF NO OBJECTION REGARDING DEFENDANTS' MOTION
FOR AN ORDER AUTHORIZING DEFENDANTS TO EXCEED PAGE
LIMITATION ON BRIEF IN SUPPORT OF MOTION TO DISMISS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Defendants' Motion for an Order Authorizing Defendants to Exceed Page Limitation on Brief in Support of Motion to Dismiss** [Adv. Docket No. 46] (the "Motion"), filed on September 21, 2020. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-21537358v1

Motion appears thereon.  Pursuant to Local Rule 7007-1(ii), objections to the Motion were to be filed and served no later than October 5, 2020 (the "Objection Deadline").

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.  It is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Dated: November 2, 2020

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117 3
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**

Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoneix VIII, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, LP, Ark Angels VII, LLC, Patriarch Partners Management Group, LLC, and Patriarch Partners Agency Services, LLC*