IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) Case No. 18-10512 (KBO) |
| Debtors. | ) Jointly Administered |

# CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on November 25, 2020, I caused a copy of the foregoing documents, *Notice of Filing of Proposed Redacted Version of Zohar Funds' Brief in Opposition to the Defendants' Motion to Dismiss the Complaint* [Docket No. 67], and *Zohar Funds' Motion for Entry of an Order Authorizing the Filing of Portions of the Zohar funds' Opposition to the Defendants' Motion to Dismiss the Complaint Under Seal* [Docket No. 68], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>(Patriarch Entities)<br>***Email*** | Randy M. Mastro, Esq.<br>Matt J. Williams, Esq.<br>Mary Beth Maloney, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY10166-0193<br>rmastro@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>mmaloney@gibsondunn.com<br>(Patriarch Entities)<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27400827.1

Robert Klyman, Esq.  
Gibson, Dunn & Crutcher LLP  
333 South Grand Avenue  
Los Angeles, CA 90071-3197  
rklyman@gibsondunn.com  
(Patriarch Entities)  
*Email*

Monica K. Loseman, Esq.  
Gibson, Dunn & Crutcher LLP  
1801 California Street, Suite 4200  
Denver, CO 80202-2642  
mloseman@gibsondunn.com  
(Patriarch Entities)  
*Email*

Kenneth J. Nachbar, Esq.  
Robert J. Dehney, Esq.  
Megan Ward Cascio, Esq.  
Matthew B. Harvey, Esq.  
Lauren Neal Bennett, Esq.  
Morris Nichols Arsht & Tunnell  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, DE 19899-1347  
knachbar@mnat.com  
rdehney@mnat.com  
mcascio@mnat.com  
mharvey@mnat.com  
lbennett@mnat.com  
(Alvarez & Marsal Zohar Management, LLC)  
*Email*

Michael Carlinksy, Esq.  
Jonathan E. Pickhardt, Esq.  
Benjamin Finestone, Esq.  
Ellison Ward Merkel, Esq.  
Blair Adams, Esq.  
Quinn Emanuel Urquhart & Sullivan, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
michaelcarlinsky@quinnemanuel.com  
jonpickhardt@quinnemanuel.com  
benjaminfinestone@quinnemanuel.com  
ellisonmerkel@quinnemanuel.com  
blairadams@quinnemanuel.com  
(Alvarez & Marsal Zohar Management, LLC)  
*Email*

Gregory M. Petrick, Esq.  
Jonathan M. Hoff, Esq.  
Ingrid Bagby, Esq.  
Michele C. Maman, Esq.  
Cadwalader, Wickersham & Taft LLP  
200 Liberty Street  
New York, NY 10281  
gregory.petrick@cwt.com  
jonathan.hoff@cwt.com  
ingrid.bagby@cwt.com  
michele.maman@cwt.com  
(MBIA Insurance Company)  
*Email*

Brian J. Lohan, Esq.  
Ginger Clements, Esq.  
Arnold & Porter Kaye Scholer LLP  
70 West Madison Street, Suite 4200  
Chicago, IL 60602-4231  
brian.lohan@arnoldporter.com  
ginger.clements@arnoldporter.com  
(Certain Holders of Notes Issued by Zohar III, Limited)  
*Email*

Internal Revenue Service  
Centralized Insolvency Operation  
2970 Market Street  
P.O. Box 7346  
Philadelphia, PA 19101-7346  
(Internal Revenue Service)  
*First Class Mail*

Secretary of State  
Corporations Franchise Tax  
P.O. Box 898  
Dover, DE 19903  
(Secretary of State)  
*First Class Mail*

27400827.1

| | |
|---|---|
| Secretary of Treasury<br>Attn: Bankruptcy Department<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Secretary of Treasury)<br>***First Class Mail*** | Michael B. Mukasey, Esq.<br>U.S. Attorney General<br>Department of Justice<br>Commerical Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>(U.S. Attorney General)<br>***First Class Mail*** |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 North Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>ellen.slights@usdoj.gov<br>(U.S. Attorney's Office)<br>***Email*** | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** |
| Securities & Exchange Commission<br>Attn: Bankruptcy Department<br>Brookfiled Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov<br>(Securities & Exchange Commission)<br>***Email*** | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(Delaware Attorney General)<br>***Hand Delivery*** |
| Juliet M. Sarkessian, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #15<br>Wilmington, DE 19801<br>juliet.m.sarkessian@usdoj.gov<br>(U.S. Trustee)<br>***Email*** | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>(Delaware Division of Revenue)<br>***Hand Delivery*** |

27400827.1

| | |
|---|---|
| U.S. Bank National Association<br>Attn: CDO Group-Ref.: Zohar III, Limited<br>190 LaSalle St., 8th Floor<br>Chicago, IL 60603<br>(U.S. Bank National Association)<br>***First Class Mail*** | John W. Weiss, Esq.<br>Brett D. Jaffe, Esq.<br>Alexander Lorenzo, Esq.<br>Elizabeth Buckel, Esq.<br>Alston & Bird LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>john.weiss@alston.com<br>brett.jaffe@alston.com<br>alexander.lorenzo@alston.com<br>elizabeth.buckel@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** |
| Elizabeth LaPuma, Esq.<br>Alvarez & Marsal Zohar Management, LLC<br>600 Madison Ave.<br>New York, NY 10022<br>elapuma@alvarezandmarsal.com<br>(Alvarez & Marsal Zohar Management, LLC)<br>***Email*** | Alvarez & Marsal Zohar Management, LLC<br>Attention: General Counsel<br>600 Madison Ave.<br>New York, NY 10022<br>(Alvarez & Marsal Zohar Management, LLC)<br>***First Class Mail*** |
| Jonathan T. Edwards, Esq.<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>jonathan.edwards@alston.com<br>(U.S. Bank National Assocation)<br>***Email*** | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>(MBIA Insurance Company)<br>***Email*** |
| James D. Herschlein Esq.<br>Jeffrey A. Fuisz, Esq.<br>Erik Walsh, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10119-9710<br>james.herschlein@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** | Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br>(Certain Holders of Notes Issued by Zohar III, Limited)<br>***Email*** |

27400827.1

| | |
|---|---|
| Josef W. Mintz, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>mintz@blankrome.com<br>(Blank Rome LLP)<br>*Email* | Rick Antonoff, Esq.<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>rantonoff@blankrome.com<br>(Blank Rome LLP)<br>*Email* |
| Joseph J. Farnan, Jr., Esq.<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>farnan@farnanlaw.com<br>(Independent Director)<br>*Email* | Mark D. Collins, Esq.<br>Brett M. Haywood, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@rlf.com<br>haywood@rlf.com<br>(Ankura Trust)<br>*Email* |
| Dennis F. Dunne, Esq.<br>Andrew Harmeyer, Esq.<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>ddunne@milbank.com<br>aharmeyer@milbank.com<br>(Ankura Trust)<br>*Email* | Debora A. Hoehne, Esq.<br>Michael Godbe, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>debora.hoehne@weil.com<br>michael.godbe@weil.com<br>(Culligan)<br>*Email* |
| Zachary I. Shapiro, Esq.<br>Brendan J. Schlauch, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>shapiro@rlf.com<br>schlauch@rlf.com<br>(Culligan)<br>*Email* | Daniel N. Brogan, Esq.<br>Sophie E. Macon, Esq.<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>dbrogan@bayardlaw.com<br>smacon@bayardlaw.com<br>(Dura)<br>*Email* |

27400827.1

| | |
|---|---|
| James H.M. Sprayregen, P.C.<br>Ryan B. Bennett, P.C.<br>Stephen C. Hackney, P.C.<br>Gregory F. Pesce<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>james.sprayregen@kirkland.com<br>ryan.bennett@kirkland.com<br>stephen.hackney@kirkland.com<br>gregory.pesce@kirkland.com<br>(Dura)<br>*Email* | Christopher Marcus, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>christopher.marcus@kirkland.com<br>(Dura)<br>*Email* |
| Adam J. Greene, Esq.<br>Steven B. Eichel, Esq.<br>Robinson Brog Leinwand Greene<br>Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>ajg@robinsonbrog.com<br>se@robinsonbrog.com<br>(Vik Jindal)<br>*Email* | Theresa Trzaskoma, Esq.<br>Michael Tremonte, Esq.<br>Jennifer X. Luo, Esquire<br>Alexandra G. Elenowitz-Hess, Esq.<br>Vikram Shah, Esq.<br>Ryan Pollock, Esq.<br>Justin Gunnell, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>TTrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>jluo@shertremonte.com<br>ahess@shertremonte.com<br>vshah@shertremonte.com<br>rpollock@shertremonte.com<br>jgunnell@shertremonte.com<br>dberger@abv.com<br>jcraig@abv.com<br>lpincus@abv.com<br>(Patriarch Entities)<br>*Email* |
| Evelyn J. Meltzer<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Evelyn.meltzer@troutman.com<br>(RM Technologies, Inc.)<br>*Email* | Todd A. Feinsmith<br>Troutman Pepper Hamilton Sanders LLP 19th Floor, High Street Tower<br>125 High Street<br>Boston, MA 02110-2736<br>Todd.feinsmith@troutman.com<br>(RM Technologies, Inc.)<br>*Email* |

27400827.1

| | |
|---|---|
| James D. Rosener<br>Troutman Pepper Hamilton Sanders LLP<br>The New York Times Building<br>37th Floor<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>James.rosener@troutman.com<br>(RM Technologies, Inc.)<br>*Email* | Robert M. Hirsh<br>Phillip Khezri<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>rhirsh@lowenstein.com<br>pkhezri@lowenstein.com<br>(JMB Capital)<br>*Email* |
| Frederick B. Rosner<br>Jason A. Gibson<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br>(JMB Capital)<br>*Email* | Juliet M. Sarkessian<br>211 East Meade St.<br>Philadelphia, PA 19118<br>(U.S. Trustee)<br>*First Class Mail* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

27400827.1