# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ZOHAR III, CORP., *et al.*[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) ) ) | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Adv. Proc. No. 20-50534 |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Related to D.I. 53 (Sealed), 55 (Redacted)** |
| Defendants. | ) ) |  |

**ORDER DENYING ZOHAR FUNDS' MOTION TO BIFURCATE PROCEEDINGS IN CONNECTION WITH COUNT XXV OF COMPLAINT AND SETTING STATUS CONFERENCE ON CERTAIN MONETIZATION PROCESSES**

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

1

Upon consideration of the motion (the "<u>Motion</u>") of the Zohar Funds to bifurcate proceedings in connection with Count XXV of the Complaint and all other related submissions, including the objection and sur-reply filed by the Patriarch Defendants, and after determining that oral argument is unnecessary as the Court's decision-making process would not be aided thereby, it is hereby **ORDERED** that:

1. The relief requested by the Motion is **DENIED** without prejudice.

2. A status conference on the monetization processes for Portfolio Companies C and K is hereby set for **December 16, 2020 at 10:00 a.m. (prevailing Eastern time)**.

Dated: December 8, 2020

_____
Karen B. Owens
United States Bankruptcy Judge