# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Zohar III, Corp., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10512 (KBO) <br><br> Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED, <br><br> Plaintiffs, <br><br> -against- <br><br> PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, <br><br> Defendants. | Adversary No. 20-50534 (KBO) |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF DECLARATION OF THERESA TRZASKOMA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**PLEASE TAKE NOTICE** that, on September 21, 2020, the **Declaration of Theresa Trzaskoma in Support of Defendants' Motion to Dismiss the Complaint** (the "Declaration") [D.I. 45] was filed under seal with the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Del. Bankr. L.R. 9018-1(d)(ii), attached hereto as Exhibit A is the proposed redacted public version of the Declaration.

| | |
|---|---|
| Dated: March 29, 2021 | **COLE SCHOTZ P.C.** |
| | By: /s/ Patrick J. Reilley |
| | Norman L. Pernick (No. 2290) |
| | Patrick J. Reilley (No. 4451) |
| | G. David Dean (No. 6403) |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-3131 |
| | Facsimile: (302) 652-3117 |
| | npernick@coleschotz.com |
| | preilley@coleschotz.com |
| | ddean@coleschotz.com |
| | |
| | – and – |
| | |
| | **SHER TREMONTE LLP** |
| | |
| | Theresa Trzaskoma |
| | Justin G. Gunnell |
| | Vikram Shah |
| | 90 Broad Street 23rd Floor |
| | New York, NY 10004 |
| | Telephone: (212) 202-2600 |
| | Facsimile: (212) 202-4156 |
| | ttrzaskoma@shertremonte.com |
| | |
| | *Counsel to the Patriarch Stakeholders* |