# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED; ZOHAR II 2005-1, CORP.; | Adv. Pro. No. 20-50534 |
| Plaintiffs, | |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28564841.1

| | |
|---|---|
| SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC, | |
| Nominal Defendants. | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on September 3, 2021, I caused a copy of the foregoing documents, *[SEALED] First Amended Complaint* [Docket No. 125] and *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Docket No. 126], to be served upon the below counsel in the manner indicated below:

180s Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
***Hand Delivery***

Black Mountain Door, LLC
f/d/b/a American Doors, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Croscill Home, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Duro Textiles LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Global Automotive Systems, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Suite 104
Wilmington, DE 19810
***First Class Mail***

Heritage Aviation, Ltd.
c/o Corporation Service Company
d/b/a CSC-Lawyers Inco.
211 East 7th Street, Suite 620
Austin, TX 787801
***First Class Mail***

28564841.1

| | |
|---|---|
| Intrepid U.S.A., Inc.<br>c/o Cogency Global Inc.<br>6160 Summit Drive N.<br>Suite 205<br>Brooklyn Center, MN 55430<br>***First Class Mail*** | IMG Holdings, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** |
| Jewel of Jane, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** | Mobile Armored Vehicles, LLC<br>f/d/b/a PVI Acquisition, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** |
| Scan-Optics, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** | Silverack, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** |
| Stila Styles, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** | Snelling Staffing, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>***Hand Delivery*** |
| Vulcan Engineering Inc.<br>c/o Philip Zettler<br>1147 Willow Way N.<br>Alexander City, AL 35080<br>***First Class Mail*** | Xpient Solutions, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

28564841.1