# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED;  ZOHAR II 2005-1, CORP.; | Adv. Pro. No. 20-50534 |
| Plaintiffs, | |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,

Nominal Defendants.

# CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on October 1, 2021, I caused a copy of the foregoing document, *[REDACTED] First Amended Complaint* [Docket No. 129], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick<br>Patrick J. Reilley<br>G. Daivd Dean<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>ddean@coleschotz.com<br>(Defendants)<br>***Email*** | Theresa Trzaskoma, Esq.<br>Michael Tremonte, Esq.<br>Vikram Shah, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>ttrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>vshah@shertremonte.com<br>(Defendants)<br>***Email*** |

28671558.1

180s Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
***Hand Delivery***

Black Mountain Door, LLC
f/d/b/a American Doors, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Croscill Home, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Duro Textiles LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Global Automotive Systems, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Suite 104
Wilmington, DE 19810
***First Class Mail***

Heritage Aviation, Ltd.
c/o Corporation Service Company
d/b/a CSC-Lawyers Inco.
211 East 7th Street, Suite 620
Austin, TX 787801
***First Class Mail***

Intrepid U.S.A., Inc.
c/o Cogency Global Inc.
6160 Summit Drive N.
Suite 205
Brooklyn Center, MN 55430
***First Class Mail***

IMG Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Jewel of Jane, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Mobile Armored Vehicles, LLC
f/d/b/a PVI Acquisition, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Scan-Optics, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Silverack, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Stila Styles, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*First Class Mail*

Snelling Staffing, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Hand Delivery*

Vulcan Engineering Inc.
c/o Philip Zettler
1147 Willow Way N.
Alexander City, AL 35080
*First Class Mail*

Xpient Solutions, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*First Class Mail*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

28671558.1