# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED;  ZOHAR II 2005-1, CORP.; | Adv. Pro. No. 20-50534 |
| Plaintiffs, | |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28861101.1

SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,

Nominal Defendants.

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on November 24, 2021, I caused a copy of the foregoing document, *[SEALED] Zohar Funds' Brief in Opposition to Defendants' Motion to Dismiss Defendants' Motion to Strike Certain Material from the Amended Complaint* [Docket No. 137] and *[SEALED] Declaration of Ryan Bartley in Support of Zohar Funds' Brief in Opposition to Defendants' Motion to Dismiss Defendants' Motion to Strike Certain Material from the Amended Complaint* [Docket No. 138], to be served upon the below counsel in the manner indicated below:

Norman L. Pernick
Patrick J. Reilley
G. Daivd Dean
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com
(Defendants)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com
vshah@shertremonte.com
(Defendants)
*Email*

28861101.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

28861101.1