# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED;  ZOHAR II 2005-1, CORP.;<br><br>Plaintiffs,<br><br>v.<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>Defendants, and<br><br>180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE | Adv. Pro. No. 20-50534 |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

29286784.1

|  |
|---|
| SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC, |
| Nominal Defendants. |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on April 12, 2022, I caused a copy of the foregoing documents, *(REDACTED) Notice of Filing Blackline of Second Amended Complaint* [Docket No. 176], *(REDACTED) Corrected Second Amended Complaint* [D.I. 177] and *(UNSEALED) Notice of Filing of Blackline of Corrected Second Amended Complaint* [D.I. 178], to be served upon the below parties in the manner indicated below:

Norman L. Pernick
Patrick J. Reilley
G. Daivd Dean
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com
(Defendants)
*Email*

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com
vshah@shertremonte.com
(Defendants)
*Email*

180s Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Nominal Defendant)
*Hand Delivery*

Black Mountain Door, LLC
f/d/b/a American Doors, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

29286784.1

Croscill Home, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Duro Textiles LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Global Automotive Systems, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Suite 104
Wilmington, DE 19810
(Nominal Defendant)
*First Class Mail*

Heritage Aviation, Ltd.
c/o Corporation Service Company
d/b/a CSC-Lawyers Inco.
211 East 7th Street, Suite 620
Austin, TX 787801
(Nominal Defendant)
*First Class Mail*

Intrepid U.S.A., Inc.
c/o Cogency Global Inc.
6160 Summit Drive N.
Suite 205
Brooklyn Center, MN 55430
(Nominal Defendant)
*First Class Mail*

IMG Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Jewel of Jane, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Mobile Armored Vehicles, LLC
f/d/b/a PVI Acquisition, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Scan-Optics, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Silverack, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Stila Styles, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
(Nominal Defendant)
*First Class Mail*

Snelling Staffing, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Nominal Defendant)
*Hand Delivery*

29286784.1

| | |
|---|---|
| Vulcan Engineering Inc. | Xpient Solutions, LLC |
| c/o Philip Zettler | c/o Corporation Service Company |
| 1147 Willow Way N. | 251 Little Falls Drive |
| Alexander City, AL 35080 | Wilmington, DE 19808 |
| (Nominal Defendant) | (Nominal Defendant) |
| *First Class Mail* | *First Class Mail* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29286784.1