# **EXHIBIT 1**

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED; ZOHAR II 2005-1, CORP.; | Adv. Pro. No. 20-50534 |
| Plaintiffs, | |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| | |
|---|---|
| STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,<br><br>    Nominal Defendants. | |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC,<br><br>    Counterclaim and Third-Party Claimants,<br><br>    -against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP., ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; and ZOHAR III CORP.<br><br>    Counterclaim and Third-Party Defendants. | |

## SCHEDULING STIPULATION

WHEREAS, on March 9, 2020, the Plaintiffs commenced the above-captioned adversary proceeding by filing a complaint [Adv. D.I. 2] against the above-captioned defendants (collectively, the "Defendants").

WHEREAS, on March 18, 2022, the Plaintiffs filed their Corrected Second Amended Complaint [Adv. D.I. 171].

WHEREAS, on April 11, 2022, the Defendants filed their Amended Answer to the Corrected Second Amended Complaint [Adv. D.I. 175] (the "Amended Answer"), asserting counterclaims against the Plaintiffs and third-party claims against debtor Zohar III, Corp.

2

29459577.1

(collectively with Plaintiffs, the "Counterclaim and Third Party Defendants," and together with Defendants, the "Parties").

WHEREAS, on May 6, 2022, the Court entered the *Order Approving Scheduling Stipulation* [Adv. 184] establishing (i) the deadline for the Counterclaim and Third-Party Defendants to respond to the counterclaims and third-party claims asserted in the Amended Answer as June 15, 2022, and (ii) a briefing schedule that would apply if and to the extent the Counterclaim and Third-Party Defendants moved to dismiss any of the counterclaims and third-party claims asserted in the Amended Answer.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that:

1. The deadline for the Defendants to file their second amended answer and counterclaims (the "Second Amended Answer") is June 20, 2022.

2. The deadline for responding to any counterclaims and third-party claims asserted in the Second Amended Answer is August 1, 2022.

3. To the extent a motion to dismiss is filed with respect to any counterclaims and third-party claims asserted in the Second Amended Answer (the "Motion to Dismiss"), then (a) any answering brief in opposition to the Motion to Dismiss shall be filed by September 19, 2022, and (b) any reply brief in support of the Motion to Dismiss shall be filed by October 10, 2022.

*[Signature pages follow]*

| | |
|---|---|
| Dated: June 15, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>　　　　rbrady@ycst.com<br>　　　　mnestor@ycst.com<br>　　　　jbarry@ycst.com<br>　　　　rbartley@ycst.com<br>　　　　mneiburg@ycst.com<br><br>*Counsel to the Debtors*<br><br><br>*/s/ G. David Dean*<br>**COLE SCHOTZ P.C.**<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>G. David Dean (No. 6403)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>ddean@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br>Theresa Trzaskoma (Admitted Pro Hac Vice)<br>Michael Tremonte (Admitted Pro Hac Vice)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156 |

tttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, LP, Ark Angels VII, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners Agency Services, LLC, and Lynn Tilton*

29459577.1