# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>        Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED; ZOHAR II 2005-1, CORP.,<br>        Plaintiffs,<br>-against-<br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br>        Defendants, and<br>180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,<br>        Nominal Defendants. | Adversary No. 20-50534 (KBO)<br><br>**Re: Adv. Docket No. 188** |

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds" or the "Funds") (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

57772/0001-42854807v1

| |
|---|
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC, <br><br>        Counterclaim and Third-Party Claimants, <br><br>    -against- <br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP.; ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; ZOHAR III, CORP., <br><br>        Counterclaim and Third-Party Defendants. |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF DEFENDANTS' SECOND AMENDED ANSWER TO THE CORRECTED SECOND AMENDED COMPLAINT AND DEFENDANTS' AMENDED COUNTERCLAIMS AND THIRD-PARTY CLAIMS**

    **PLEASE TAKE NOTICE** that, on June 18, 2022, the **Defendants' Second Amended Answer to the Corrected Second Amended Complaint and Defendants' Amended Counterclaims and Third-Party Claims** [Adv. Docket No. 188] (the "Second Amended Answer") was filed under seal with the Court.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Del. Bankr. L.R. 9018-1(d)(ii), attached hereto as Exhibit A is the proposed redacted public version of the Second Amended Answer.

| | |
|---|---|
| Dated: July 28, 2022 | **COLE SCHOTZ P.C.**<br><br>By: _/s/ G. David Dean_<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br>Theresa Trzaskoma (Admitted Pro Hac Vice)<br>Max Tanner (Admitted Pro Hac Vice)<br>Vikram Shah (Admitted Pro Hac Vice)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>mtanner@shertremonte.com<br>vshah@shertremonte.com<br><br>*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III LLC, Ark II CLO 2001-1, Ltd., Ark Investment Partners II, LP, Ark Angels VIII, LLC, Patriarch Partners Management Group, LLC, and Patriarch Partners Agency Services, LLC* |