IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  
UNIVITA HEALTH INC  
15800 SW 25TH ST  
MIRAMAR, FL 33027  
EIN: 26-3778546  
Debtor.

Chapter 7

Case No. 15-11788-MFW

## MOTION FOR REDACTION

ENCOMPASS HOME HEALTH, hereby moves the Court for redaction of an image filed containing personally identifiable information. In support thereof, movant avers as follows:

1. On 1/18/16, ENCOMPASS HOME HEALTH filed a Proof of Claim at Claim # [78];
2. The Proof of Claim was filed without first redacting personal identifying information pursuant to FRBP 9037;
3. No waiver of protection of identifiers was intended at time of filing;
4. A risk of identity theft exists due to this unredacted filing;
5. A properly redacted document is attached to this motion and marked as Exhibit A.

WHEREFORE, ENCOMPASS HOME HEALTH moves that the Court issue an Order directing the Bankruptcy Court Clerk to restrict from public view the previously filed unredacted document image.

1/19/16  
Date

Lisa Hartley, Billing Manager  
Signature

Upon consideration of the Motion for Redaction, it is hereby ORDERED that the Motion is Approved. The Creditor shall file an Amended Proof of Claim redacting personal identifying information within two (2) business days.

SO ORDERED,

**Local Form124**