**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED;  ZOHAR II 2005-1, CORP.; | |
| | Adv. Pro. No. 20-50534 |
| Plaintiffs, | |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.

29650842.1

SYSTEMS, LLC; HERITAGE AVIATION,
LTD.; INTREPID U.S.A., INC.; IMG
HOLDINGS, INC.; JEWEL OF JANE, LLC;
MOBILE ARMORED VEHICLES, LLC;
SCAN-OPTICS, LLC; SILVERACK, LLC;
STILA STYLES, LLC; SNELLING
STAFFING, LLC; VULCAN
ENGINEERING, INC; and XPIENT
SOLUTIONS, LLC,

Nominal Defendants.

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on August 10, 2022, I caused a copy of the foregoing

document, *Order Expanding the Page Limit for the Opening and Answering Briefs with Respect*

*to the Plaintiffs' Motion to Dismiss Defendants' Counterclaims and Third Party Claims* [Docket

No. 199]*, to be served upon the below parties in the manner indicated below:

| | |
|---|---|
| Norman L. Pernick, Esq. | Theresa Trzaskoma, Esq. |
| G. David Dean, Esq. | Max Tanner, Esq. |
| Patrick J. Reilley, Esq. | Vikram Shah, Esq. |
| Andrew J. Roth-Moore, Esq. | Wesley Erdelack, Esq. |
| Cole Schotz P.C. | Sher Tremonte LLP |
| 500 Delaware Avenue, Suite 1410 | 90 Broad Street, 23rd Floor |
| Wilmington, DE 19801 | New York, NY 10004 |
| npernick@coleschotz.com | TTrzaskoma@shertremonte.com |
| ddean@coleschotz.com | mtanner@shertremonte.com |
| preilley@coleschotz.com | vshah@shertremonte.com |
| aroth-moore@coleschotz.com | werdelack@shertremonte.com |
| (Lynn Tilton & Patriarch Entities) | (Lynn Tilton & Patriarch Entities) |
| ***Email*** | ***Email*** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*

Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253