# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED; ZOHAR II 2005-1, CORP.; | Adv. Pro. No. 20-50534 |
| Plaintiffs, | |
| v. | |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.

29650918.1

| | |
|---|---|
| SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,<br><br>Nominal Defendants. | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on August 10, 2022, I caused a copy of the foregoing documents, *Order Expanding the Page Limit for the Opening and Answering Briefs with Respect to the Plaintiffs' Motion to Dismiss Defendants' Counterclaims and Third Party Claims* [Docket No. 199], *Zohar Litigation Trust-A's Motion to Dismiss Defendants' Counterclaims and Third-Party Claims* [Docket No. 211], and *Litigation Trustee's Brief in Support of Zohar Litigation Trust-A's Motion to Dismiss Defendants' Counterclaims and Third-Party Claims* [Docket No. 212], to be served upon the below parties in the manner indicated below:

| | |
|---|---|
| 180s Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>(Nominal Defendant)<br>***Hand Delivery*** | Black Mountain Door, LLC<br>f/d/b/a American Doors, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>(Nominal Defendant)<br>***First Class Mail*** |

29650918.1

Croscill Home, LLC  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

Duro Textiles LLC  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

Global Automotive Systems, LLC  
c/o Corporate Creations Network Inc.  
3411 Silverside Road  
Tatnall Building Suite 104  
Wilmington, DE 19810  
(Nominal Defendant)  
*First Class Mail*

Heritage Aviation, Ltd.  
c/o Corporation Service Company  
d/b/a CSC-Lawyers Inco.  
211 East 7th Street, Suite 620  
Austin, TX 787801  
(Nominal Defendant)  
*First Class Mail*

Intrepid U.S.A., Inc.  
c/o Cogency Global Inc.  
6160 Summit Drive N.  
Suite 205  
Brooklyn Center, MN 55430  
(Nominal Defendant)  
*First Class Mail*

IMG Holdings, Inc.  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

Jewel of Jane, LLC  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

Mobile Armored Vehicles, LLC  
f/d/b/a PVI Acquisition, LLC  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

Scan-Optics, LLC  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

Silverack, LLC  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  
(Nominal Defendant)  
*First Class Mail*

| | |
|---|---|
| Stila Styles, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>(Nominal Defendant)<br>*First Class Mail* | Snelling Staffing, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>(Nominal Defendant)<br>*Hand Delivery* |
| Vulcan Engineering Inc.<br>c/o Philip Zettler<br>1147 Willow Way N.<br>Alexander City, AL 35080<br>(Nominal Defendant)<br>*First Class Mail* | Xpient Solutions, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>(Nominal Defendant)<br>*First Class Mail* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29650918.1