# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A;<br><br>Plaintiff,<br><br>-against-<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>Defendants, and<br><br>180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN | Adv. Pro. No. 20-50534 (KBO)<br><br>**Ref. Docket No. 223** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.

28082464.3

| | |
|---|---|
| ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,<br><br>    Nominal Defendants. | |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC,<br><br>    Counterclaim and Third-Party Claimants,<br><br>    -against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP.; ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; ZOHAR III, CORP.,<br><br>    Counterclaim and Third-Party Defendants. | |
| ZOHAR LITIGATION TRUST-A,<br><br>    Plaintiff,<br><br>    -against-<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD | Adv. Pro. No. 20-50776 (KBO) |

Case 20-50534-KBO    Doc 224    Filed 09/12/22    Page 3 of 4
INVESTMENTS, LLC, ZOHAR HOLDING, LLC, AND ZOHAR HOLDINGS, LLC,

Defendants.

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on September 12, 2022, Plaintiff David Dunn, as Litigation Trustee for the Zohar Litigation Trust-A ("Plaintiff") filed the *Certification of Counsel Regarding Revised Order Granting Motion to Consolidate Actions* [Docket No. 223] (the "Certification of Counsel").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby withdraws the Certification of Counsel.

*[Remainder of Page Intentionally Left Blank]*

28082464.3

3

<table>
<tr><td>Dated: September 12, 2022<br>Wilmington, Delaware</td><td>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>     rbrady@ycst.com<br>     mnestor@ycst.com<br>     jbarry@ycst.com<br>     rbartley@ycst.com<br>     mneiburg@ycst.com<br><br>-and-<br><br>Jonathan E. Pickhardt, Esq. (admitted *pro hac vice*)<br>Ellison Ward Merkel, Esq. (admitted *pro hac vice*)<br>Blair A. Adams, Esq. (admitted *pro hac vice*)<br>Brian R. Campbell, Esq. (admitted *pro hac vice*)<br>Brenna D. Nelinson, Esq. (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: jonpickhardt@quinnemanuel.com<br>     ellisonmerkel@quinnemanuel.com<br>     blairadams@quinnemanuel.com<br>     briancampbell@quinnemanuel.com<br>     brennanelinson@quinnemanuel.com<br><br>*Counsel to David Dunn as Trustee for*<br>*the Zohar Litigation Trust-A*</td></tr>
</table>