# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A; | |
| | Adv. Pro. No. 20-50534 (KBO) |
| Plaintiff, | |
| -against- | |
| | **Ref. Docket No. 221** |
| PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, | |
| Defendants, and | |
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE SYSTEMS, LLC; HERITAGE AVIATION, | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902.

29717568.3

| | |
|---|---|
| LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC,<br><br>                                  Nominal Defendants. | |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC,<br><br>                      Counterclaim and<br>                      Third-Party<br>                      Claimants,<br><br>              -against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP.; ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; ZOHAR III, CORP.,<br><br>                      Counterclaim and<br>                      Third-Party<br>                      Defendants. | |
| ZOHAR LITIGATION TRUST-A,<br><br>                           Plaintiff,<br><br>              -against- | Adv. Pro. No. 20-50776 (KBO) |

LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, AND ZOHAR HOLDINGS, LLC,

Defendants.

## ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS

Before the Court is Plaintiff David Dunn's, as Litigation Trustee for the Zohar Litigation Trust-A, Unopposed Motion to Consolidate the Adversary Proceedings in Related Actions pursuant to Fed. R. Civ. P. 42 for the purposes of discovery and pretrial motions. Having considered the matter and that it is unopposed, the Court GRANTS the motion and ORDERS

1. *MBIA Insurance Corp, v. Patriarch Partners, LLC* (18-10512 (KBO) Adv. Proc. No. 20-50776 (KBO)), and *Zohar III, Corp v. Patriarch Partners, LLC* (18-10512 (KBO), Adv. Proc. No. 20-50534 (KBO)), consolidated for discovery and pretrial proceedings.

2. All pleadings concerning the consolidated Adversary Proceedings shall be filed only in Adv. Pro. No. 20-50534 (KBO).

IT IS SO ORDERED.

Dated: September 13th, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

29717568.3