# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO) |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A;<br><br>Plaintiff,<br><br>-against-<br><br>PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>Defendants, and | Adv. Pro. No. 20-50534 (KBO) |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp, (9612). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case..

29725746.1

| | |
|---|---|
| 180S, INC.; BLACK MOUNTAIN DOORS, LLC; CROSCILL HOME, LLC; DURO TEXTILES, LLC; GLOBAL AUTOMOTIVE SYSTEMS, LLC; HERITAGE AVIATION, LTD.; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; JEWEL OF JANE, LLC; MOBILE ARMORED VEHICLES, LLC; SCAN-OPTICS, LLC; SILVERACK, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; VULCAN ENGINEERING, INC; and XPIENT SOLUTIONS, LLC, | |
| | Nominal Defendants. |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC, | |
| | Counterclaim and Third-Party Claimants, |
| -against- | |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP.; ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; ZOHAR III, CORP., | |
| | Counterclaim and Third-Party Defendants. |

# CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on September 9, 2022, I caused a copy of the foregoing document, *Plaintiff's Unopposed Motion to Consolidate Actions* [Docket No. 221], to be served upon the below parties in the manner indicated below:

180s Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
***Hand Delivery***

Black Mountain Door, LLC
f/d/b/a American Doors, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Croscill Home, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Duro Textiles LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Global Automotive Systems, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Suite 104
Wilmington, DE 19810
***First Class Mail***

Heritage Aviation, Ltd.
c/o Corporation Service Company
d/b/a CSC-Lawyers Inco.
211 East 7th Street, Suite 620
Austin, TX 787801
***First Class Mail***

Intrepid U.S.A., Inc.
c/o Cogency Global Inc.
6160 Summit Drive N.
Suite 205
Brooklyn Center, MN 55430
***First Class Mail***

IMG Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Jewel of Jane, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Mobile Armored Vehicles, LLC
f/d/b/a PVI Acquisition, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Scan-Optics, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

Silverack, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
***First Class Mail***

| | |
|---|---|
| Stila Styles, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** | Snelling Staffing, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>***Hand Delivery*** |
| Vulcan Engineering Inc.<br>c/o Philip Zettler<br>1147 Willow Way N.<br>Alexander City, AL 35080<br>***First Class Mail*** | Xpient Solutions, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>***First Class Mail*** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29725746.1