# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS LLC, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br>(Jointly Administered)<br><br>Re: Dkt. No. 271 |

## ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE, ON BEHALF OF THE DEBTORS' ESTATES AND MOLINA HEALTHCARE OF FLORIDA, INC.

Upon consideration of the *Motion of the Chapter 7 Trustee for Entry of an Order Approving Settlement Agreement By and Between the Chapter 7 Trustee, on Behalf of the Debtors' Estates and Molina Healthcare of Florida, Inc.* (the "Motion"), and the Court having reviewed the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Motion is granted.

2.    The Settlement Agreement is approved and the Chapter 7 Trustee is authorized to execute and take all actions required to implement the terms of the Settlement Agreement.

3.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement Agreement.

HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

Dated: 1/27/17

115468953v1