# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp.,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10512 (KBO) |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A,<br><br>　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>PATRIARCH PARTNERS, LLC;<br><br>PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON,<br><br>　　　　　　Defendants, and<br><br>180S, INC.; GLOBAL AUTOMOTIVE SYSTEMS, LLC; INTREPID U.S.A., INC.; IMG HOLDINGS, INC.; SCAN-OPTICS, LLC; STILA STYLES, LLC; SNELLING STAFFING, LLC; and VULCAN ENGINEERING, CO.,<br><br>　　　　　　Nominal Defendants. | Adv. Pro. No. 20-50534 (KBO) |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

| | |
|---|---|
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH AGENCY SERVICES, LLC; and PATRIARCH PARTNERS, LLC,<br><br>            Counterclaim and Third-Party Claimants,<br><br>-against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP.; ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; and ZOHAR III, CORP.,<br><br>            Counterclaim and Third-Party Defendants. | |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A,<br><br>            Plaintiff,<br><br>-against-<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br><br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA LLC, OCTALUNA II LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, AND ZOHAR HOLDINGS, LLC,<br><br>            Defendants. | Adv. Pro. No. 20-50776 (KBO) |

## PATRIARCH'S MOTION TO COMPEL DISCOVERY FROM
## FTI CONSULTING, INC.

Defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Phoenix VIII, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Zohar Holdings, LLC; Octaluna, LLC; Octaluna II, LLC; Octaluna III, LLC, Ark II CLO 2001-1, Ltd., Ark Investment Partners II, L.P.; LD Investments, LLC; and Ark Angels VIII, LLC (collectively, the "Patriarch Stakeholders" or "Patriarch") hereby bring this motion ("Motion"),[1] to compel FTI Consulting, Inc. ("FTI") to search for and produce documents in its possession responsive to Patriarch's Subpoena to Produce Documents (the "Subpoena").

By this Motion, Patriarch seeks an order compelling FTI to review the approximately 110,000 document population reached through the parties' negotiations at its own expense. Attached hereto as Exhibit A is a Proposed Order granting the Motion.

In support of this Motion, Patriarch incorporates its *Memorandum of Law in Support of Motion to Compel Discovery from FTI Consulting, Inc.* and the *Declaration of Diane Chan in Support of Patriarch's Motion to Compel Discovery from FTI Consulting, Inc.*

*[Remainder of Page Intentionally Left Blank]*

---

[1] Pursuant to LBR 7008-1, Patriarch consents to the entry of final orders or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution solely with respect to the relief sought in this Motion and not with respect to any other relief.

Dated: August 29, 2024
      Wilmington, Delaware

                                       **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                       */s/ Scott D. Cousins*
                                       Scott D. Cousins (No. 3079)
                                       500 Delaware Avenue, Suite 700
                                       Wilmington, DE 19801
                                       Telephone: (302) 958-6000
                                       scott.cousins@lewisbrisbois.com

                                       *Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Zohar Holdings, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III LLC, Ark II CLO 2001-1, Limited, Ark Investment Partners II, L.P., LD Investments, LLC and Ark Angels VIII, LLC*